## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANIYRA S. SCOTT,<br> Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-3687** |
| | : | |
| VALERIE ARKOOSH, *et al.*, | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 16th day of April, 2026, upon consideration of Defendants' Valerie A. Arkoosh and Carl Feldman's Motion to Dismiss Plaintiff's Amended Complaint, or in the Alternative, Motion for Summary Judgment (ECF Nos. 16), and Plaintiff Shaniyra S. Scott's Response thereto (ECF No. 18), it is **ORDERED** that:

1.    Defendants' Motion to Dismiss the Amended Complaint (ECF No. 16) is **GRANTED** for the reasons stated in the Court's accompanying Memorandum.

2.    The Amended Complaint is **DISMISSED WITH PREJUDICE**.

3.    The previously filed Motion to Dismiss the Complaint (ECF No. 14) is **DISMISSED as moot**.

4.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**


/**s**/ *John Milton Younge*
_____
**JOHN MILTON YOUNGE, J.**